# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER MAURICE BUCKLEY,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No. CIV-21-38-RAW-SPS |

## ORDER AFFIRMING DECISION OF THE COMMISSIONER

On March 7, 2022, the United States Magistrate Judge entered a Report and Recommendation in the above-referenced case, recommending that this Court affirm the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ"), denying benefits to Plaintiff [Docket No. 21]. The Plaintiff filed an objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C.§636(b)(1); Fed. R. Civ. P. 72(a) [Docket No. 22]. The Commissioner filed a Reply on March 22, 2022 [Docket No. 23]. Claimant objects to the Magistrate Judge's Report and Recommendation and contends that the ALJ's opinion was not "sufficiently clear" for this court to determine both the weight the ALJ gave to Dr. Nichols' opinion and the reason for the weight assigned regarding reaching and lifting limitations assigned by the physician. Further, claimant contends that the ALJ did not properly analyze the evidence of depression found in the medical records and failed to find claimant's depression to be a severe impairment.

Upon full consideration of the record and the issues herein, this court finds that the Magistrate Judge's recommendation to affirm the ALJ is well-supported. The ALJ's decision is supported by substantial evidence, and the correct legal standards were applied.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. The decision of the Commissioner is affirmed.

**IT IS SO ORDERED** this 30th day of March 2022..

.

**HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**